

ERIKA H. ARNER
571.203.2754
erika.arner@finnegan.com

July 17, 2017

Peter R. Marksteiner
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, D.C.  20005

      *OpenTV, Inc. v. Matal*
      Appeal No. 17-1250

      *Google, Inc. v. Network-1 Technologies, Inc.*
      Appeal No. 17-1379

Dear Mr. Marksteiner:

      I am principal counsel for Appellant OpenTV, Inc. in Appeal No. 17-1250 and counsel for Appellant Google, Inc. in Appeal No. 17-1379. These cases are fully briefed and awaiting scheduling for oral argument.

      I am writing to inform the Court that I am scheduled to argue at the Patent Trial and Appeal Board on September 6, 2017. Therefore, I request that the Court not schedule the argument for these appeals on that date. Additionally, I request that the Court not schedule both appeals for the same day and, if scheduled for the same week, that they be separated as much as possible.

      The Court's consideration of this request is greatly appreciated.

      Sincerely,

      /s/Erika H. Arner
      Erika H. Arner

cc:  Counsel of Record via CM/ECF