

**Amster Rothstein & Ebenstein LLP**
*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

| *Partners* | *Founding Partners* | *Of Counsel* | Tzvi Hirshaut |
|---|---|---|---|
| Daniel Ebenstein | Morton Amster, *Of Counsel* | Anne Hassett | Tuvia Rotberg |
| Philip H. Gottfried | Jesse Rothstein (*1934-2003*) | | Dexter Chang |
| Neil M. Zipkin | | *Associates* | |
| Anthony F. Lo Cicero | *Senior Counsel* | Patrick Boland★ | |
| Kenneth P. George | Marion P. Metelski | Benjamin Charkow | |
| Chester Rothstein | Alan D. Miller, Ph.D. | Suzue Fujimori | |
| Craig J. Arnold | Marc J. Jason | Jessica Capasso | |
| Charles R. Macedo | Richard S. Mandaro | Brian Amos, Ph.D. | |
| Brian A. Comack | Matthieu Hausig | Hajime Sakai, Ph.D. | |
| Max Vern | Jung S. Hahm | David P. Goldberg | |
| Holly Pekowsky | Mark Berkowitz | Sandra A. Hudak | ★ Not admitted in New York |
| Benjamin M. Halpern★ | | | |

July 17, 2017

Charles R. Macedo
Direct 212 336 8074
E-mail cmacedo@arelaw.com

**VIA ECF**

Mr. Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C. 20439

> Re: Notice Regarding Scheduling Conflicts with Oral Argument
> *Google Inc. v. Network-1 Technologies, Inc.*
> Case No. 17-1379

Dear Mr. Marksteiner:

We represent Appellee Network-1 Technologies, Inc. ("Network-1") in the above-referenced appeal. Oral argument in the appeal has not yet been scheduled by the Court.

Pursuant to Practice Note 34 of the Federal Circuit Rules of Practice, and further to the Court's July 10, 2017 Notice of Docketing Activity, we write to inform you that counsel for Network-1 are unavailable for oral argument on November 6-9, 2017. These dates, therefore, present a potential scheduling conflict for oral argument, and Network-1 respectfully requests that oral argument not be set for any of those dates.

As required by Practice Note 34, if any additional scheduling conflicts arise prior to the scheduling of the oral argument in this appeal, we will advise you of such conflicts as soon as they are known.

658768.1

Mr. Peter R. Marksteiner              2              July 17, 2017

Please let us know if you require any additional information.

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

*/s/Charles R. Macedo*

Charles R. Macedo

CRM:wkw

cc:    ECF Service List

658768.1

# CERTIFICATE OF SERVICE

I, Charles R. Macedo, hereby certify that on the **17th Day of July, 2017**, I electronically filed the foregoing **NOTICE REGARDING SCHEDULING CONFLICTS WITH ORAL ARGUMENT** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                  */s/Charles R. Macedo*
                                                    Charles R. Macedo